# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:16CR100 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NEOLA WALKER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Neola Walker (Walker) (Filing No. 43). Walker seeks a continuance of the trial of this matter which was scheduled for December 19, 2016. Walker's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Walker's motion to continue trial (Filing No. 43) is granted.

2. Trial of this matter is re-scheduled for **January 23, 2017,** before Judge Robert F. Rossiter, Jr., and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 9, 2016, and January 23, 2017,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 9th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge